AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**EASTERN** DISTRICT OF **VIRGINIA**

DEC 28 2004

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

**v.**

**DIERDRA SMITH WALKER**
a/k/a Dierdra Walker

**COPY**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

06-66M-MAT.

CASE NUMBER: 1:04 m 1148

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about **June 15, 2004** in **Arlington** county, in the

_____ **Eastern** _____ District of ___ **Virginia** _____ defendant did, (Track Statutory Language of Offense)

**with intent to defraud, did falsely make, forge, counterfeit or alter Department of Defense checks, obligations of the
United States,**

in violation of Title **18** United States Code, Section(s) **471** .

I further state that I am a(n) **Special Agent, Pentagon Force Protection Agency** and that this complaint is based on
the following facts:

**See Attached Affidavit**    *Official Title*

F I L E D

**MAY 17 2006**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA - Nash W. Schott
SAUSA - Mark C. Grundvig
Sworn to before me and subscribed in my presence,

Signature of Complainant
Charles W. Cherry
Special Agent
Pentagon Force Protection Agency

_____12/28/04_____    at    ___ **Alexandria, Virginia** ___
Date    City and State

Honorable Thomas Rawles Jones, Jr.
United States Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
)
) Case Number:   1:04 m 1148
)
DIERDRA S. WALKER, )
Defendant. )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Charles W. Cherry, being duly sworn, depose and state:

1. I am currently employed as a Special Agent with the Pentagon Force Protection Agency (PFPA) in Arlington, Virginia. I have been employed in this capacity for one year and nine months.

2. As a Special Agent with the PFPA, I am responsible for enforcing federal laws pertaining to the protection of life and personal or government property. I was previously employed as a police officer with the General Service Administration's Federal Protective Service (FPS) for two years. I have over five years experience as a police officer in Elizabeth City, North Carolina. I possess a Bachelor of Science Degree in Management from National Louis University. I am a graduate of a North Carolina Basic Law Enforcement Training Academy, the Mixed Basic Police Training Program and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. As a result of my training and experience, I am familiar with the tactics and methods used to commit thefts, forgery, and frauds.

1

MAY 16 2006 16:49 FR                    202 307 9432 TO 913025736559     P.04/06

3. On June 21, 2004, I responded to a complaint of theft from the Office of the Secretary of Defense (OSD) Welfare and Recreation Office in Pentagon room 3C1055. The theft in question involved checks which were allegedly forged, fraudulently written, and negotiated for a total of $4,250.00 to OSD Welfare and Recreation employee, Dierdra Walker, at the Bank of America located in the Pentagon concourse (check # 11933 on 6/7/04 in the amount of $3,200.00 and check # 11932 on 6/15/04 in the amount of $1,050.00).

4. On June 21, 2004, I interviewed the suspect, Dierdra Walker. Walker confessed to stealing, forging, and negotiating two OSD checks in a signed sworn statement. I obtained handwriting exemplars, which along with pictures from Bank of America surveillance cameras capturing the transaction, substantiated the confession.

5. On June 23, 2004, I obtained abandoned check stubs and a Chocolate Town USA magazine containing practice signatures for "Robert H. (last name unrecognizable)" from Ms. Lee Wheeler at Office of the Secretary of Defense Welfare and Recreation Association. Wheeler advised that the magazine and check stubs were recovered from Walker's personal belongings while she was cleaning Walker's desk.

6. On July 16, 2004, I received a fax from Walker with bank account information for her boyfriend, Michael Hester, depicting a deposit of $3,000.00 on June 7, 2004 and Hester's University invoice and financial aid information. Walker's statement advised that she gave money to Hester for his college tuition.

7. I contacted Walker by telephone to inquire about her criminal history. Walker advised that she had been charged with embezzlement in Fairfax County for thefts as

2

an employee at Circuit City. Walker advised that the charges would be dropped

providing that she made restitution to Circuit City.

8. I interviewed Walker's boyfriend, Michael Hester, on August 18, 2004. Hester

advised that he had no knowledge of the theft or subsequent frauds and provided a

financial authorization to release personal information.

9. Based on the foregoing, I believe probable cause exists that Dierdra Walker,

with intent to defraud, falsely made, forged, or altered Department of Defense checks,

obligations of the United States in violation of 18 United States Code, Section 471

(Counterfeiting and Forgery).

Charles W. Cherry,
Investigator, Criminal Investigations
Pentagon Force Protection Agency

Sworn to and subscribed in my presence
this 28 day of December, 2004.

UNITED STATES MAGISTRATE JUDGE
Alexandria, Virginia

3