AO 467 (1/86) Order Holding Defendant

# United States District Court

_____ DISTRICT OF _____ DELAWARE _____

UNITED STATES OF AMERICA

v.

Deirdra Walker

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 06-66 M

Charging District Case Number: 04-1148 M

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Eastern__ District of __Virginia__; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) __401 Courthouse Square, Alexandria__
*Place and Address*

__VA 22314__ on __on a.m. of no Thursday, May 25, 2006 by no later 12:00 noon__
703-299-2300            *Date and Time*

_____
*Signature of Judicial Officer*
Mary Pat Thynge

_____
Magistrate Judge

May 17, 2006
*Date*

*Name and Title of Judicial Officer*