OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

July 6, 2006



Clerk of Court
United States District Court
Eastern District of Virginia
114 Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA 23510

RE: United States v. Dierdra Walker
    Case No. 06-66M USDC/DE
          04-1148M USDC/EDVA

Dear Clerk:

   Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

   Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Keith J. Kincaid
Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on ___July 12, 2006___.
                                      (date)

___Kathryn M. Stasko___
       Signature

___Deputy Clerk___
       Title

FILED
JUN 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE